## ERIC O. HAMREN *v.* EMY M. AXELL HAMREN
[No. 12, April Term, 1942.]

*Decided May 26, 1942.*

The cause was argued before BOND, C. J., SLOAN, DELAPLAINE, COLLINS, FORSYTHE, and MARBURY, JJ.

*J. Cleveland Grice* for the appellant.

*Grace R. Gerber Silverberg* and *Bruce C. Lightner* for the appellee.

BOND, C. J., delivered the opinion of the Court.